RON CORDOVA     (SBN 53341)
ALLYSON RUDOLPH (SBN 300766)
LAW OFFICE OF RON CORDOVA
16520 Bake Parkway, Suite 280
Irvine, California 92618
Telephone:   949-748-3600
Facsimile:   949-748-3888
E-mail:      roncordova@roncordovalaw.com

Attorneys for Defendants RAFIA FAROOK and SAIRA KHAN

UNITED STATES DIRECTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | Case No.:  5:16-cv-01206-JGB-JPR<br>Related Case Nos.: 5:16-cv-01129-RGK<br>and 5:15-cr-00093-JGB |
| Plaintiff, | |
| vs. | |
| RAFIA FAROOK, an Individual; SAIRA KHAN, an individual; and the UNITED STATES OF AMERICA, | NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.2 |
| Defendants. | |

Pursuant to Local Rule 83-1.3.2 notice is hereby given that this case is related *United States of America v. All Monies, et al.*, Case No. 5:16-cv-1129.

The basis of this notice is that the allepgation in each case arise from the same or closely related transaction, happening or event, call for determination of the same or

/////

/////

/////

1

substantially related or similar questions of law and fact and would entail substantial duplication of labor of heard by different judges.

Dated:  July 6, 2016

RON CORDOVA
Attorney for Defendants