Robert D. Phillips, Jr. (SBN 82639)
Email: rphillips@reedsmith.com
Cristyn N. Chadwick (SBN 280705)
Email: cchadwick@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Plaintiff
Minnesota Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAFIA FAROOK, an Individual; SAIRA KHAN an Individual; and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | No.: 5:16-cv-01206-JGB (JPRx)<br>Related Case Nos.: 5:16-cv-01129-RGK and 5:15-cr-00093-JGB<br><br>**JUDGMENT IN INTERPLEADER**<br><br>Compl. Filed:　　June 8, 2016<br><br>The Honorable Jesus G. Bernal |

Pursuant to the *Stipulation for Entry of Judgment in Interpleader* (the "Stipulation") made among Plaintiff Minnesota Life Insurance Company ("Minnesota Life") and Defendants Rafia Farook, Saira Khan, and the United States of America, and with good cause appearing therefore, it is hereby ordered, adjudged and decreed that:

1. Minnesota Life filed its Complaint in Interpleader in good faith on June 8, 2016 and this action is proper cause for interpleader;

2. By reason of the death of Syed Rizwan Farook (the "Insured") on or about December 2, 2015, the sum of Two Hundred Seventy-Five Thousand Dollars and No Cents ($275,000.00) (hereinafter "the Death Benefit") became payable under Minnesota Life's group life insurance policy number 33772-G issued to San Bernardino County (the "Policy");

3. Defendants Rafia Farook, Saira Khan, and the United States of America each assert or may assert some claim to the Death Benefit and that, to date, no other person or entity has made a claim to the Death Benefit;

4. Having deposited the Death Benefit, plus interest, in the total amount of Two Hundred Eighty Thousand Seven Hundred Fifty-Six Dollars and Seventeen Cents ($280,756.17) with the Clerk of this Court on June 10, 2016, Minnesota Life is hereby released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5. Minnesota Life waives its right to recover attorney's fees and costs in connection with this action;

6. The remaining parties, Rafia Farook, Saira Khan, and the United States of America, will litigate the dispute among themselves; and Minnesota Life is not a necessary party to such litigation; and

7. Minnesota Life is granted judgment of interpleader.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: October 7, 2016    By _____
The Honorable Jesus G. Bernal
UNITED STATES DISTRICT COURT JUDGE