EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Assist Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5177
    Facsimile: (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>          vs.<br><br>RAFIA FAROOK, an Individual; SAIRA KHAN an Individual; and the UNITED STATES OF AMERICA,<br><br>        Defendants. | No. EDCV 16-01206-JGB(JPRx)<br><br>**STIPULATION AND REQUEST TO DISMISS ACTION**<br><br>**[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH** |

1   Defendant United States of America (the "government"), and
2 defendants Rafia Farook ("Farook"), and Saira Khan ("Khan"), by and
3 through their respective counsel of record, hereby stipulate and
4 request as follows:
5   1.   On May 31, 2016, the government filed a civil forfeiture
6 action entitled <u>United States v. All Monies, Including Insurance
7 Benefits, in the Amount of $25,000, and Supplemental Life Insurance
8 Coverage in the Amount of $250,000</u>, No. EDCV 16-01129-JGB(JPRx) ("<u>All
9 Monies</u>").  The complaint refers to the defendant <u>res</u> as the "Policy
10 Benefits."
11   2.   On June 8, 2016, Minnesota Life filed this interpleader
12 action, naming as defendants the government, Farook, and Khan.
13 Minnesota Life concurrently deposited the Policy Benefits with the
14 Clerk of the Court.
15   3.   On August 5, 2016, the Court in <u>All Monies</u> issued an arrest
16 warrant <u>in rem</u> for the policy benefits which Minnesota Life had
17 deposited with the Clerk of Court and ruled that the policy benefits
18 "shall remain in the custody of the Clerk of Court, as a duly
19 authorized custodian, until further order of this court." Dkt. 16 at
20 ¶ 4.
21   4.   On October 7, 2016, pursuant to a stipulation filed by the
22 parties, this Court issued a Judgement in Interpleader in favor of
23 Minnesota Life, which is no longer a party to this Action.
24   5.   The parties remaining in this Action are the government,
25 Farook, and Khan.  The government, Farook, and Khan are also parties
26 to the civil forfeiture action.  The parties believe that the issues
27 presented in this interpleader action overlap with the issues
28 presented in the <u>All Monies</u> civil forfeiture action and are more

appropriately resolved in the context of the civil forfeiture action. The parties therefore request that the Court dismiss this interpleader action without prejudice.

```
Dated: October 31, 2016           Respectfully submitted,

                                  EILEEN M. DECKER
                                  United States Attorney
                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section


                                    /s/ Frank D. Kortum
                                  FRANK D. KORTUM
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA



Dated: October 31, 2016           RON M. CORDOVA ATTORNEY AT LAW

                                    /s/ Ron M. Cordova
                                  RON M. CORDOVA, ESQ.
                                  Attorney for Defendants
                                  RAFIA FAROOK and SAIRA KHAN
```